FILED
MAY 21 2008
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD MILOW MILOSLAVSKY and NICHOLAS JOHN CARLOS<br><br>Plaintiffs,<br><br>vs.<br><br>RUBY C. SUMMERS<br><br>Defendant. | 08CV2940<br>**JUDGE KENDALL**<br>**MAG. JUDGE COLE** |

**PLAINTIFFS MOTION & NOTICE OF MOTION
TO CONFIRM DOMESTIC ARBITRATION AWARD**

Plaintiffs RONALD MILOW MILOSLAVSKY ("Milow") and NICHOLAS JOHN CARLOS ("Carlos") ask the court to confirm the domestic arbitration award against RUBY C. SUMMERS ("Summers"):

1. Plaintiffs move for an order to confirm the domestic arbitration award against Defendant Summers.

2. On April 27, 2007, an arbitration hearing was held before Thomas P. Sullivan (the "Arbitrator"). On May 23, 2007, the Arbitrator issued an award against Summers and in favor of the Plaintiffs. Specifically, the Arbitrator found the Defendant (i) committed a material breach of the Memorandum of Understanding between the parties, dated March 31, 2005 (the "Agreement") which is attached as Exhibit 1 on the attached memorandum of points and authorities and incorporated into this motion by reference; (ii) engaged in willful, deliberate, actual fraudulent conduct in her dealings with the Plaintiffs, (iii) breached her fiduciary duties to the Plaintiffs; and (iv) willfully failed to participate fairly and reasonably in the arbitration proceeding. The Award of Arbitration is attached as Exhibit 2 on the attached memorandum of

points and authorities and incorporated into this motion by reference. The Arbitrator awarded the Plaintiffs (i) actual damages in the amount of $125,684.26, (ii) fees and expenses in the amount of $4,425.00; and (iii) punitive damages of $250,000.

3.   This motion is based on the attached memorandum of points and authorities and the exhibits attached thereto.

4.   Please take notice that Plaintiffs will bring this motion for hearing before this court on _June 5TH 9:00 AM_ in _2319_.

Dated: Chicago, Illinois
       May 21, 2008

_____
Gregory S. Levine, Esq.
(ARDC No. 6203129)
300 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: (312) 399-4422
Facsimile: (312) 284-4522
e-mail: glevine@ivp-ny.com

ATTORNEY IN CHARGE FOR PLAINTIFFS,
RONALD MILOW MILOSLAVSKY and
NICHOLAS JOHN CARLOS

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD MILOW MILOSLAVSKY and NICHOLAS JOHN CARLOS<br><br>Plaintiffs,<br><br>vs.<br><br>RUBY C. SUMMERS<br><br>Defendant. | 08CV2940<br>JUDGE KENDALL<br>MAG. JUDGE COLE |

**ORDER ON PLAINTIFFS MOTION
TO CONFIRM DOMESTIC ARBITRATION AWARD**

After considering Plaintiffs RONALD MILOW MILOSLAVSKY and NICHOLAS JOHN CARLOS motion to confirm domestic arbitration award against RUBY C. SUMMERS ("Summers") and the response, if any, and after hearing, the court

GRANTS the motion.

SIGNED on _____, 2008


_____
U.S. DISTRICT JUDGE


APPROVED & ENTYEY REQUESTED


_____
Gregory S. Levine, Esq.
(ARDC No. 6203129)
300 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: (312) 399-4422
Facsimile: (312) 284-452

1