UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ronald Milow Miloslavsky, et al.
                         Plaintiff,

v.                                     Case No.: 1:08–cv–02940
                                             Honorable Virginia M. Kendall

Ruby C. Summers
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's Motion to Confirm the Domestic Arbitration Award [1] is taken under advisement. Response due 6/30/2008. Reply due 7/14/2008. Plaintiff is to advise forthwith all other parties of the Court's action herein. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.