UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ronald Milow Miloslavsky, et al.
                              Plaintiff,
v.                                              Case No.: 1:08–cv–02940
                                                Honorable Virginia M. Kendall
Ruby C. Summers
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: To allow Plaintiff time to effect service upon the pro se Defendant, the Initial Status hearing is reset for 8/25/2008 at 09:00 AM. Joint Status Report due by 8/20/2008. The briefing schedule set for the Petition to Confirm Arbitration Award [1] is stricken and reset as follows: Response due 7/28/2008. Reply due 8/11/2008. Plaintiff is directed to advise Defendant of the Court's action herein. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.