**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ronald Milow Miloslavsky, et al.
                         Plaintiff,

v.                                                    Case No.: 1:08–cv–02940
                                                             Honorable Virginia M. Kendall

Ruby C. Summers
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable John F. Grady:Status hearing held on 8/25/2008. Plaintiff is given until 10/06/08 to effectuate service upon the pro se Defendant. Schedule set 06/06/08 is stricken. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.